CHARLES STEINHARDTER et al., as Administrators of the Estate of OTTO D. STEINHARDTER, Deceased, Respondents, *v.* FREDERICK C. HOWE et al., Appellants.

*Steinhardter* v. *Howe,* 100 App. Div. 515, affirmed.
(Submitted June 12, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 19, 1905, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial.

*James C. de La Mare* and *J. Homer Hildreth* for appellants.

*Justin S. Galland* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT HAIGHT, VANN and WERNER, JJ.

---

JOHN T. WILLETS et al., as Surviving Executors of SAMUEL WILLETS, Deceased, Respondents, *v.* FRANKLIN HAINES, Appellant, Impleaded with Another.

*Willets* v. *Haines,* 96 App. Div. 5, affirmed.
(Argued June 12, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 22, 1904, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court.

*John J. Cunneen* and *William W. Niles* for appellant.

*Wilson M. Powell* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.